In the Matter of the Application of NORA TURK, as Administratrix, etc., of JOHN C. COCHRAN, Deceased, Appellant, to Enforce a Claim against the CITY OF CANANDAIGUA, NEW YORK, Respondent, Pursuant to Section 205 of the General Municipal Law of the State of New York.

Fourth Department, May 15, 1935.

*John H. Kavanaugh*, for the appellant.

*Edward J. Colmey*, for the respondent.

PER CURIAM. We hold this proceeding was not prematurely brought. We construe the words " within one year thereafter " in the first subdivision of section 205 of the General Municipal Law

as relating to the time of death following injury and not the time for the payment by the municipality following death.

All concur. Present — SEARS, P. J., TAYLOR, EDGCOMB, CROSBY and LEWIS, JJ.

Order reversed on the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs.